THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARYL KELLY, Appellant. [892 NYS2d 778]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Rivera, Skelos and Florio, JJ., concur.